Certificate Number: 17572-NJ-DE-036475276

Bankruptcy Case Number: 22-12153



17572-NJ-DE-036475276

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 14, 2022</u>, at <u>7:47</u> o'clock <u>AM PDT</u>, <u>Daryl M Davis</u> completed a course on personal financial management given <u>by internet</u> by <u>Dollar Learning Foundation, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date:   <u>April 14, 2022</u>            By:   <u>/s/Tania Duarte</u>

                                         Name:  <u>Tania Duarte</u>

                                         Title:  <u>Counselor</u>