Form 148 − ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 22−12153−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Daryl Michael Davis
   70 Woodhaven Rd
   Toms River, NJ 08753−2062

Social Security No.:
   xxx−xx−4174

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 5/31/22.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).


Dated: May 31, 2022
JAN: ghm

                                                                Jeanne Naughton
                                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                                Case No. 22-12153-MBK
Daryl Michael Davis                                                                                   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                         User: admin                              Page 1 of 3
Date Rcvd: May 31, 2022                      Form ID: 148                             Total Noticed: 36

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 02, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Daryl Michael Davis, 70 Woodhaven Rd, Toms River, NJ 08753-2062 |
| 519533110 | KML Law Group PC, 701 Market St Ste 5000, Philadelphia, PA 19106-1541 |
| 519533112 | Merrick Bank Corp, 1 Nationwide Plz, Columbus, OH 43215-2226 |
| 519533117 | U S Dept of Ed/Gsl/Atl, PO Box 5609, Greenville, TX 75403-5609 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 31 2022 22:05:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 31 2022 22:05:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519570591 | | Email/PDF: resurgentbknotifications@resurgent.com | May 31 2022 22:12:23 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519533106 | | Email/Text: Bankruptcy.RI@Citizensbank.com | May 31 2022 22:04:00 | Citizens Bank NA, 480 Jefferson Blvd, Warwick, RI 02886-1359 |
| 519533105 | | Email/Text: Bankruptcy.RI@Citizensbank.com | May 31 2022 22:04:00 | Citizens Bank, Attention: ROP-15B, 1 Citizens Dr, Riverside, RI 02915-3026 |
| 519537562 | | Email/Text: Bankruptcy.RI@Citizensbank.com | May 31 2022 22:04:00 | Citizens Bank N.A., One Citizens Bank Way, Mailstop: JCA115, Johnston, RI 02919 |
| 519533102 | | EDI: CAPITALONE.COM | Jun 01 2022 02:03:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519533103 | | EDI: CAPITALONE.COM | Jun 01 2022 02:03:00 | Capital One Bank USA N, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 519533104 | | Email/PDF: MerrickBKNotifications@Resurgent.com | May 31 2022 22:12:27 | Cc Holdings/Cardmember Services, Attn: Card Services, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 519533107 | + | EDI: WFNNB.COM | Jun 01 2022 02:03:00 | Comenity Capital Bank, 12921 S Vista Station Blvd, Draper, UT 84020-2377 |
| 519569293 | | Email/Text: cashiering-administrationservices@flagstar.com | May 31 2022 22:05:00 | Flagstar Bank FSB, 5151 Corporate Drive, Troy, MI 48098 |
| 519533108 | | Email/Text: cashiering-administrationservices@flagstar.com | May 31 2022 22:05:00 | Flagstar Bank, Attn: Bankruptcy, 5151 Corporate Dr, Troy, MI 48098-2639 |
| 519533109 | | Email/Text: cashiering-administrationservices@flagstar.com | May 31 2022 22:05:00 | Flagstar Bank, 5151 Corporate Dr, Troy, MI 48098-2639 |
| 519576337 | | EDI: JEFFERSONCAP.COM | Jun 01 2022 02:03:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 31, 2022 | Form ID: 148 | Total Noticed: 36 |

| | | | | |
|---|---|---|---|---|
| 519547418 | | Email/PDF: MerrickBKNotifications@Resurgent.com | May 31 2022 22:12:21 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 519533111 | + | Email/Text: bankruptcy@mermed.com | May 31 2022 22:05:00 | Merchants & Medcal, 6324 Taylor Dr, Flint, MI 48507-4685 |
| 519533113 | | Email/Text: jcissell@bankofmissouri.com | May 31 2022 22:05:00 | Mid America Bank Trust Compa, 216 W 2nd St, Dixon, MO 65459-8048 |
| 519541566 | + | Email/Text: bankruptcydpt@mcmcg.com | May 31 2022 22:05:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519571880 | | EDI: PRA.COM | Jun 01 2022 02:03:00 | Portfolio Recovery Associates, LLC, c/o Dell Financial Services, L.l.c., POB 41067, Norfolk VA 23541 |
| 519571884 | | EDI: PRA.COM | Jun 01 2022 02:03:00 | Portfolio Recovery Associates, LLC, c/o Paypal, POB 41067, Norfolk VA 23541 |
| 519568061 | | EDI: PRA.COM | Jun 01 2022 02:03:00 | Portfolio Recovery Associates, LLC, c/o Synchrony Bank, POB 41067, Norfolk VA 23541 |
| 519568062 | | EDI: PRA.COM | Jun 01 2022 02:03:00 | Portfolio Recovery Associates, LLC, c/o The Bank Of Missouri, POB 41067, Norfolk VA 23541 |
| 519533114 | | EDI: PRA.COM | Jun 01 2022 02:03:00 | Portfolio Recov Assoc, 150 Corporate Blvd, Norfolk, VA 23502-4952 |
| 519533115 | | EDI: RMSC.COM | Jun 01 2022 02:03:00 | Syncb/Care Credit, C/o, PO Box 965036, Orlando, FL 32896-5036 |
| 519534310 | + | EDI: RMSC.COM | Jun 01 2022 02:03:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519533116 | | EDI: RMSC.COM | Jun 01 2022 02:03:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, PO Box 965064, Orlando, FL 32896-5064 |
| 519533118 | | Email/Text: ECMCBKNotices@ecmc.org | May 31 2022 22:05:00 | U.S. Department of Education, ECMC/Attn: Bankruptcy, PO Box 16408, Saint Paul, MN 55116-0408 |
| 519624705 | | Email/Text: EDBKNotices@ecmc.org | May 31 2022 22:04:00 | US Department of Education, PO Box 16448, St. Paul, MN 55116-0448 |
| 519581114 | + | EDI: AIS.COM | Jun 01 2022 02:03:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519533120 | | EDI: VERIZONCOMB.COM | Jun 01 2022 02:03:00 | Verizon Wireless, PO Box 650051, Dallas, TX 75265-0051 |
| 519533119 | | EDI: VERIZONCOMB.COM | Jun 01 2022 02:03:00 | Verizon Wireless, 500 Technology Dr Ste 599, Saint Charles, MO 63304-2225 |
| 519533121 | | Email/Text: bankruptcy@webbank.com | May 31 2022 22:04:00 | WEBBANK, 215 S State St Ste 1000, Salt Lake City, UT 84111-2336 |

TOTAL: 32

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 3 of 3 |
| Date Rcvd: May 31, 2022 | Form ID: 148 | Total Noticed: 36 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 02, 2022        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 31, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| MaryBeth Schroeder | on behalf of Debtor Daryl Michael Davis marybeth@schroedermb-law.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4