**MS-7408**
**LAW OFFICES OF MARYBETH SCHROEDER**
**802 MAIN STREET UNIT 2A**
**Toms River, NJ 08754**
**(732) 228-7400**
**BY: MARY BETH SCHROEDER, ESQ.**
**Attorneys for Debtor**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN THE MATTER OF:<br><br>DARYL MICHAEL DAVIS | Case No.22-12153 /MBK<br><br>Chapter 13<br><br>Hearing Date: July 13, 2022 at 9am |

**CERTIFICATION OF THE DEBTOR IN SUPPORT OF NOTICE OF MOTION TO VACATE ORDER OF DISMISSAL**

Daryl Michael Davis, of full age being duly sworn according to oath deposes and says;

1) I am the Debtor herein. I am familiar with the facts of this matter and am qualified to make this certification. The Chapter 13 Petition and Schedules were filed on March 17, 2022.

2) The meeting of creditors was conducted on May 26, 2022.

3) The confirmation hearing was initially scheduled for May 25, 2022. It was dismissed at that time as the debtor had not made any payments.

4) I received a letter dated May 5, 2022 from Mr. Russo indicating that my ePay payment was reversed by my bank. I still do not understand why TD Bank took that action.

5) Consequently, when the case came up for confirmation, the record showed that I had made no payments and the case was dismissed.

6) My proposed plan calls for payments in the amount of $750 a month. I am due for two payments.

7) I have attached here as Exhibit A my TD Bank certified check ending 6016 in the amount of $750, I submitted this payment in the U.S. mail on May 18, 2022.

8) I have attached here as Exhibit B my TD Bank certified check ending 1177 which was sent on May 31, 2022 .

9) Therefore, since my case was dismissed as the result of an inadvertant error on my part with regard to the proper usage of the ePay system , and since I am current on my Trustee payments I respectfully request that the Court vacate the Order for Dismissal and re-instate my case.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing is willfully false that I am subject to punishment.

Date: May 31 , 2022 /*s/ Daryl Michael Davis*

DARYL MICHAEL DAVIS