Form 132 − 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  22−12153−MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Daryl Michael Davis
    70 Woodhaven Rd
    Toms River, NJ 08753−2062

Social Security No.:
    xxx−xx−4174

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:           9/13/22
Time:           10:00 AM
Location:       Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

**If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: July 28, 2022
JAN: wiq

Jeanne Naughton
Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 22-12153-MBK |
| Daryl Michael Davis | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Jul 28, 2022 | Form ID: 132 | Total Noticed: 36 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 30, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Daryl Michael Davis, 70 Woodhaven Rd, Toms River, NJ 08753-2062 |
| 519533110 | KML Law Group PC, 701 Market St Ste 5000, Philadelphia, PA 19106-1541 |
| 519533112 | Merrick Bank Corp, 1 Nationwide Plz, Columbus, OH 43215-2226 |
| 519533117 | U S Dept of Ed/Gsl/Atl, PO Box 5609, Greenville, TX 75403-5609 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 28 2022 20:40:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 28 2022 20:40:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519570591 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 28 2022 20:48:52 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519533106 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jul 28 2022 20:39:00 | Citizens Bank NA, 480 Jefferson Blvd, Warwick, RI 02886-1359 |
| 519533105 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jul 28 2022 20:39:00 | Citizens Bank, Attention: ROP-15B, 1 Citizens Dr, Riverside, RI 02915-3026 |
| 519537562 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jul 28 2022 20:39:00 | Citizens Bank N.A., One Citizens Bank Way, Mailstop: JCA115, Johnston, RI 02919 |
| 519533102 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 28 2022 20:48:39 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519533103 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 28 2022 20:48:39 | Capital One Bank USA N, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 519533104 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 28 2022 20:48:49 | Cc Holdings/Cardmember Services, Attn: Card Services, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 519533107 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 28 2022 20:40:00 | Comenity Capital Bank, 12921 S Vista Station Blvd, Draper, UT 84020-2377 |
| 519569293 | | Email/Text: cashiering-administrationservices@flagstar.com | Jul 28 2022 20:40:00 | Flagstar Bank FSB, 5151 Corporate Drive, Troy, MI 48098 |
| 519533108 | | Email/Text: cashiering-administrationservices@flagstar.com | Jul 28 2022 20:40:00 | Flagstar Bank, Attn: Bankruptcy, 5151 Corporate Dr, Troy, MI 48098-2639 |
| 519533109 | | Email/Text: cashiering-administrationservices@flagstar.com | Jul 28 2022 20:40:00 | Flagstar Bank, 5151 Corporate Dr, Troy, MI 48098-2639 |
| 519576337 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 28 2022 20:40:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |

Case 22-12153-MBK    Doc 25    Filed 07/30/22    Entered 07/31/22 00:15:10    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 28, 2022 | Form ID: 132 | Total Noticed: 36 |

| Recipient ID | | Method | Date/Time | Name/Address |
|---|---|---|---|---|
| 519547418 | | Email/PDF: MerrickBKNotifications@Resurgent.com Jul 28 2022 20:48:39 | | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 519533111 | + | Email/Text: bankruptcy@mermed.com Jul 28 2022 20:40:00 | | Merchants & Medcal, 6324 Taylor Dr, Flint, MI 48507-4685 |
| 519533113 | | Email/Text: jcissell@bankofmissouri.com Jul 28 2022 20:40:00 | | Mid America Bank Trust Compa, 216 W 2nd St, Dixon, MO 65459-8048 |
| 519541566 | + | Email/Text: bankruptcydpt@mcmcg.com Jul 28 2022 20:40:00 | | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519571880 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 28 2022 20:48:51 | | Portfolio Recovery Associates, LLC, c/o Dell Financial Services, L.l.c., POB 41067, Norfolk VA 23541 |
| 519571884 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 28 2022 20:48:42 | | Portfolio Recovery Associates, LLC, c/o Paypal, POB 41067, Norfolk VA 23541 |
| 519568061 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 28 2022 20:48:59 | | Portfolio Recovery Associates, LLC, c/o Synchrony Bank, POB 41067, Norfolk VA 23541 |
| 519568062 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 28 2022 20:48:59 | | Portfolio Recovery Associates, LLC, c/o The Bank Of Missouri, POB 41067, Norfolk VA 23541 |
| 519533114 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 28 2022 20:48:51 | | Portfolio Recov Assoc, 150 Corporate Blvd, Norfolk, VA 23502-4952 |
| 519533115 | | Email/PDF: gecsedi@recoverycorp.com Jul 28 2022 20:48:40 | | Syncb/Care Credit, C/o, PO Box 965036, Orlando, FL 32896-5036 |
| 519534310 | + | Email/PDF: gecsedi@recoverycorp.com Jul 28 2022 20:48:58 | | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519533116 | | Email/PDF: gecsedi@recoverycorp.com Jul 28 2022 20:48:40 | | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, PO Box 965064, Orlando, FL 32896-5064 |
| 519533118 | | Email/Text: ECMCBKNotices@ecmc.org Jul 28 2022 20:40:00 | | U.S. Department of Education, ECMC/Attn: Bankruptcy, PO Box 16408, Saint Paul, MN 55116-0408 |
| 519624705 | | Email/Text: EDBKNotices@ecmc.org Jul 28 2022 20:39:00 | | US Department of Education, PO Box 16448, St. Paul, MN 55116-0448 |
| 519581114 | + | Email/PDF: ebn_ais@aisinfo.com Jul 28 2022 20:48:43 | | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519533120 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jul 28 2022 20:39:00 | | Verizon Wireless, PO Box 650051, Dallas, TX 75265-0051 |
| 519533119 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jul 28 2022 20:39:00 | | Verizon Wireless, 500 Technology Dr Ste 599, Saint Charles, MO 63304-2225 |
| 519533121 | | Email/Text: bankruptcy@webbank.com Jul 28 2022 20:39:00 | | WEBBANK, 215 S State St Ste 1000, Salt Lake City, UT 84111-2336 |

TOTAL: 32

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 3 of 3 |
| Date Rcvd: Jul 28, 2022 | Form ID: 132 | Total Noticed: 36 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2022      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 28, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| MaryBeth Schroeder | on behalf of Debtor Daryl Michael Davis marybeth@schroedermb-law.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4