UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Albert Russo
CN 4853
Trenton, NJ 08650
(609) 587-6888
Standing Chapter 13 Trustee

In Re:

DARYL MICHAEL DAVIS

Debtor

Case No.: 22-12153 MBK

Chapter: 13

Judge: Michael B. Kaplan

# STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☑ Settled ☐ Withdrawn

Matter: The minutes of 10/12/22 are amended to include the lump sum payment as follows: PLAN CONFIRMED $4,500.00 PAID TO DATE (6 MO); $10,000.00 X 1 BY 10/22/22; $1,618.00 X 53 BEGINNING 11/1/22.

Date: 10/17/22

/s/ Albert Russo
Signature
Albert Russo
Standing Chapter 13 Trustee

rev.8/1/15