Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 22−12153−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Daryl Michael Davis
   70 Woodhaven Rd
   Toms River, NJ 08753−2062

Social Security No.:
   xxx−xx−4174

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

    NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on October 18, 2022.

Dated: October 18, 2022
JAN: wiq

                                                              Jeanne Naughton
                                                              Clerk

United States Bankruptcy Court

District of New Jersey

| | | |
|---|---|---|
| In re: | | Case No. 22-12153-MBK |
| Daryl Michael Davis | | Chapter 13 |
|     Debtor | | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Oct 18, 2022 | Form ID: plncf13 | Total Noticed: 36 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 20, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Daryl Michael Davis, 70 Woodhaven Rd, Toms River, NJ 08753-2062 |
| 519533112 | Merrick Bank Corp, 1 Nationwide Plz, Columbus, OH 43215-2226 |
| 519533117 | U S Dept of Ed/Gsl/Atl, PO Box 5609, Greenville, TX 75403-5609 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 18 2022 20:38:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 18 2022 20:38:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519570591 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 18 2022 20:49:27 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519533106 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Oct 18 2022 20:38:00 | Citizens Bank NA, 480 Jefferson Blvd, Warwick, RI 02886-1359 |
| 519533105 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Oct 18 2022 20:38:00 | Citizens Bank, Attention: ROP-15B, 1 Citizens Dr, Riverside, RI 02915-3026 |
| 519537562 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Oct 18 2022 20:38:00 | Citizens Bank N.A., One Citizens Bank Way, Mailstop: JCA115, Johnston, RI 02919 |
| 519533102 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 18 2022 20:49:42 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519533103 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 18 2022 20:49:33 | Capital One Bank USA N, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 519533104 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 18 2022 20:49:43 | Cc Holdings/Cardmember Services, Attn: Card Services, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 519533107 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 18 2022 20:38:00 | Comenity Capital Bank, 12921 S Vista Station Blvd, Draper, UT 84020-2377 |
| 519569293 | | Email/Text: cashiering-administrationservices@flagstar.com | Oct 18 2022 20:38:00 | Flagstar Bank FSB, 5151 Corporate Drive, Troy, MI 48098 |
| 519533108 | | Email/Text: cashiering-administrationservices@flagstar.com | Oct 18 2022 20:38:00 | Flagstar Bank, Attn: Bankruptcy, 5151 Corporate Dr, Troy, MI 48098-2639 |
| 519533109 | | Email/Text: cashiering-administrationservices@flagstar.com | Oct 18 2022 20:38:00 | Flagstar Bank, 5151 Corporate Dr, Troy, MI 48098-2639 |
| 519576337 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 18 2022 20:38:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 18, 2022 | Form ID: plncf13 | Total Noticed: 36 |

| | | | | |
|---|---|---|---|---|
| 519533110 | | ^ MEBN | Oct 18 2022 20:34:42 | KML Law Group PC, 701 Market St Ste 5000, Philadelphia, PA 19106-1541 |
| 519547418 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 18 2022 20:49:42 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 519533111 | + | Email/Text: bankruptcy@mermed.com | Oct 18 2022 20:38:00 | Merchants & Medcal, 6324 Taylor Dr, Flint, MI 48507-4685 |
| 519533113 | | Email/Text: jcissell@bankofmissouri.com | Oct 18 2022 20:38:00 | Mid America Bank Trust Compa, 216 W 2nd St, Dixon, MO 65459-8048 |
| 519541566 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 18 2022 20:38:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519571880 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 18 2022 20:49:25 | Portfolio Recovery Associates, LLC, c/o Dell Financial Services, L.l.c., POB 41067, Norfolk VA 23541 |
| 519571884 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 18 2022 20:49:25 | Portfolio Recovery Associates, LLC, c/o Paypal, POB 41067, Norfolk VA 23541 |
| 519568061 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 18 2022 20:49:25 | Portfolio Recovery Associates, LLC, c/o Synchrony Bank, POB 41067, Norfolk VA 23541 |
| 519568062 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 18 2022 20:49:25 | Portfolio Recovery Associates, LLC, c/o The Bank Of Missouri, POB 41067, Norfolk VA 23541 |
| 519533114 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 18 2022 20:49:26 | Portfolio Recov Assoc, 150 Corporate Blvd, Norfolk, VA 23502-4952 |
| 519533115 | | Email/PDF: gecsedi@recoverycorp.com | Oct 18 2022 20:49:34 | Syncb/Care Credit, C/o, PO Box 965036, Orlando, FL 32896-5036 |
| 519534310 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 18 2022 20:49:43 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519533116 | | Email/PDF: gecsedi@recoverycorp.com | Oct 18 2022 20:49:26 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, PO Box 965064, Orlando, FL 32896-5064 |
| 519533118 | | Email/Text: ECMCBKNotices@ecmc.org | Oct 18 2022 20:38:00 | U.S. Department of Education, ECMC/Attn: Bankruptcy, PO Box 16408, Saint Paul, MN 55116-0408 |
| 519624705 | | Email/Text: EDBKNotices@ecmc.org | Oct 18 2022 20:38:00 | US Department of Education, PO Box 16448, St. Paul, MN 55116-0448 |
| 519581114 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 18 2022 20:49:27 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519533120 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Oct 18 2022 20:37:00 | Verizon Wireless, PO Box 650051, Dallas, TX 75265-0051 |
| 519533119 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Oct 18 2022 20:37:00 | Verizon Wireless, 500 Technology Dr Ste 599, Saint Charles, MO 63304-2225 |
| 519533121 | | Email/Text: bankruptcy@webbank.com | Oct 18 2022 20:38:00 | WEBBANK, 215 S State St Ste 1000, Salt Lake City, UT 84111-2336 |

TOTAL: 33

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Oct 18, 2022 | Form ID: plncf13 | Total Noticed: 36 |

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2022         Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 18, 2022 at the address(es) listed below:

**Name**          **Email Address**

Albert Russo
on behalf of Trustee Albert Russo docs@russotrustee.com

Albert Russo
docs@russotrustee.com

Denise E. Carlon
on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

MaryBeth Schroeder
on behalf of Debtor Daryl Michael Davis marybeth@schroedermb-law.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 5