| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2022 to 03/13/2023
**Chapter 13 Case No. 22-12153 / MBK**

Daryl Michael Davis

Petition Filed Date: 03/17/2022
341 Hearing Date: 04/21/2022
Confirmation Date: 10/12/2022

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 05/02/2022 | $750.00 | 84405930 | 05/05/2022 | ($750.00) | 84405930 | 05/24/2022 | $750.00 | 549160165 |
| 06/07/2022 | $750.00 | 549161177 | 07/11/2022 | $750.00 | 969813630 | 07/13/2022 | $750.00 | 549163686 |
| 08/18/2022 | $750.00 | 860073017 | 09/29/2022 | $750.00 | 860075605 | 10/25/2022 | $10,000.00 | 860077438 |
| 10/25/2022 | $750.00 | 971318608 | 12/01/2022 | $1,618.00 | 860079205 | 01/05/2023 | $1,618.00 | 861168510 |
| 02/01/2023 | $1,618.00 | 861170141 | 03/06/2023 | $1,618.00 | 860884604 | | | |

**Total Receipts for the Period:  $21,722.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing:  $21,722.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Daryl Michael Davis | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | MaryBeth Schroeder, Esq.<br>»» AMENDED DISCLOSURE 3/17/22 | Attorney Fees | $1,250.00 | $1,250.00 | $0.00 |
| 1 | CITIZENS BANK, NA<br>»» 2015 JEEP GRAND CHEROKEE | Debt Secured by Vehicle<br>Hold Funds: Pending Resolution | $230.00 | $0.00 | $230.00 |
| 2 | MIDLAND CREDIT MANAGEMENT, INC<br>»» CAPITAL ONE BANK | Unsecured Creditors | $1,466.22 | $0.00 | $1,466.22 |
| 3 | MERRICK BANK | Unsecured Creditors | $2,523.23 | $0.00 | $2,523.23 |
| 4 | PORTFOLIO RECOVERY ASSOCIATES<br>»» SYNCHRONY BANK | Unsecured Creditors | $4,568.65 | $0.00 | $4,568.65 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES<br>»» THE BANK OF MISSOURI | Unsecured Creditors | $791.73 | $0.00 | $791.73 |
| 6 | LAKEVIEW LOAN SERVICING LLC<br>»» P/70 WOODHAVEN RD/1ST MTG/ORDER 5/21/22 | Mortgage Arrears | $60,319.76 | $17,286.59 | $43,033.17 |
| 7 | ASHLEY FUNDING SERVICES, LLC<br>»» LAB CORP OF AMERICA HOLDINGS | Unsecured Creditors | $65.89 | $0.00 | $65.89 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES<br>»» DELL FINANCIAL SERVICES LLC | Unsecured Creditors | $2,609.80 | $0.00 | $2,609.80 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES<br>»» PAYPAL | Unsecured Creditors | $2,220.98 | $0.00 | $2,220.98 |
| 10 | JEFFERSON CAPITAL SYSTEMS, LLC<br>»» VERIZON WIRELESS | Unsecured Creditors | $327.45 | $0.00 | $327.45 |
| 11 | Verizon by American InfoSource as Agent | Unsecured Creditors | $113.52 | $0.00 | $113.52 |

**Chapter 13 Case No. 22-12153 / MBK**

| 12 | US DEPT OF EDUCATION »» STUDENT LOANS O/S | Unsecured Creditors No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 3/13/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $21,722.00 | Percent to General Unsecured Creditors: 100% | |
| Paid to Claims: | $18,536.59 | Current Monthly Payment: | $1,618.00 |
| Paid to Trustee: | $1,618.00 | Arrearages: | $868.00 |
| Funds on Hand: | $1,567.41 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit www.TFSBillPay.com for more information.

View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.

