UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Lakeview Loan Servicing

In Re:

Daryl Michael Davis,

Debtor.

Case No.:     22-12153-MBK

Chapter:     13

Hearing Date:     03/22/2023

Judge:     Kaplan

### STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled            ☐ Withdrawn

Matter: Motion for Relief from Stay re: 70 Woodhaven Drive (Docket # 35)

_____

Date: 3/21/2023                                    /s/ Denise Carlon
                                                              Signature

*rev.8/1/15*