Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 22–12153–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Daryl Michael Davis
70 Woodhaven Rd
Toms River, NJ 08753–2062

Social Security No.:
xxx–xx–4174

Employer's Tax I.D. No.:

# NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

on 10/25/23 at 09:00 AM

to consider and act upon the following:

*41* − Creditor's Certification of Default (related document:35 Motion for Relief from Stay re: 70 Woodhaven Rd, Toms River NJ 08753. Fee Amount $ 188. filed by Creditor LAKEVIEW LOAN SERVICING, LLC, 39 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of LAKEVIEW LOAN SERVICING, LLC. Objection deadline is 10/6/2023. (Attachments: # 1 Exhibit A − Order Curing Post−Petition Arrears # 2 Exhibit B − Certification of Creditor # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

Dated: 10/3/23

Jeanne Naughton
Clerk, U.S. Bankruptcy Court