UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
_____

Caption in Compliance with D.N.J. LBR 9004-1(b)

MS-7408
LAW OFFICE OF MARYBETH SCHROEDER
984 ROUTE 166 SUITE 6
TOMS RIVER, NJ 08753
ATTORNEY FOR THE DEBTOR
732-228-7400

| | |
|---|---|
| In Re:<br><br>DARYL DAVIS | Case No.:    _____22-12153_____<br><br>Judge:    _____MBK_____<br><br>Chapter:    13 |

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following (**choose one**):

1.    ☐  Motion for Relief from the Automatic Stay filed by _____ , creditor,

A hearing has been scheduled for _____, at _____.


☒  Motion to Dismiss filed by the Chapter 13 Trustee.

A hearing has been scheduled for _____January 10th_____, at _____9_____.


☐  Certification of Default filed by _____,

I am requesting a hearing be scheduled on this matter.


2.    I oppose the above matter for the following reasons (**choose one**):

☐  Payments have been made in the amount of $ _____, but have not been accounted for.  Documentation in support is attached.

☒  Payments have not been made for the following reasons and debtor proposes

repayment as follows (**explain your answer**):
The debtor got behind on his payments at least partially because he spent several
weeks in training for  his Airline Pilot Captains test which was very much like
boot camp and he was away from home. He passed the test and will begin making
significantly more money. He would like an opportunity to catch up and
successfully complete his Chapter 13 Plan.

☐  Other (**explain your answer**):

3.       This certification is being made in an effort to resolve the issues raised in the certification
of default or motion.

4.       I certify under penalty of perjury that the above is true.

Date: 12/29/2023                              /s/Daryl Davis
                                                      Debtor's Signature

Date: _____              _____
                                                      Debtor's Signature

**NOTES:**

1.       Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter
13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in
opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to
Dismiss.

2.       Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13
Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of
Default.

*rev.8/1/15*