Office Mailing Address:
Albert Russo, Trustee
Standing Chapter 13 Trustee
PO Box 4853
Trenton, NJ 08650-4853

Send Payments **ONLY** to:
Albert Russo, Trustee
PO Box 933
Memphis, TN 38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 01/01/2025 to 02/19/2026

**Chapter 13 Case No. 22-12153 / MBK**

Daryl Michael Davis

Petition Filed Date: 03/17/2022
341 Hearing Date: 04/21/2022
Confirmation Date: 10/12/2022

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/29/2025 | $4,450.00 | | 02/25/2025 | $4,450.00 | I1MLG5RLWX- | 03/25/2025 | $4,450.00 | I1MLG5RLWX- |
| 04/25/2025 | $4,450.00 | I1MLG5RLWX- | 05/28/2025 | $4,450.00 | I1MLG5RLWX- | 06/25/2025 | $4,450.00 | I1MLG5RLWX- |
| 07/25/2025 | $4,450.00 | I1MLG5RLWX- | 08/26/2025 | $4,450.00 | I1MLG5RLWX- | 09/25/2025 | $4,450.00 | I1MLG5RLWX- |
| 10/27/2025 | $4,450.00 | I1MLG5RLWX- | 11/25/2025 | $4,450.00 | I1MLG5RLWX- | 12/29/2025 | $4,450.00 | I1MLG5RLWX- |
| 01/27/2026 | $4,450.00 | I1MLG5RLWX- | | | | | | |

**Total Receipts for the Period: $57,850.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $147,130.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Daryl Michael Davis | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | MaryBeth Schroeder, Esq.<br>»» AMENDED DISCLOSURE 3/17/22 | Attorney Fees | $1,250.00 | $1,250.00 | $0.00 |
| 1 | CITIZENS BANK, NA<br>»» 2015 JEEP GRAND CHEROKEE | Debt Secured by Vehicle<br>Hold Funds: Pending Resolution | $230.00 | $0.00 | $230.00 |
| 2 | MIDLAND CREDIT MANAGEMENT, INC<br>»» CAPITAL ONE BANK | Unsecured Creditors | $1,466.22 | $0.00 | $1,466.22 |
| 3 | MERRICK BANK | Unsecured Creditors | $2,523.23 | $0.00 | $2,523.23 |
| 4 | PORTFOLIO RECOVERY ASSOCIATES<br>»» SYNCHRONY BANK | Unsecured Creditors | $4,568.65 | $0.00 | $4,568.65 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES<br>»» THE BANK OF MISSOURI | Unsecured Creditors | $791.73 | $0.00 | $791.73 |
| 6 | LAKEVIEW LOAN SERVICING<br>»» P/70 WOODHAVEN RD/1ST MTG/ORDER 5/21/22 | Mortgage Arrears | $60,319.76 | $54,472.72 | $5,847.04 |
| 7 | ASHLEY FUNDING SERVICES, LLC<br>»» LAB CORP OF AMERICA HOLDINGS | Unsecured Creditors | $65.89 | $0.00 | $65.89 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES<br>»» DELL FINANCIAL SERVICES LLC | Unsecured Creditors | $2,609.80 | $0.00 | $2,609.80 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES<br>»» PAYPAL | Unsecured Creditors | $2,220.98 | $0.00 | $2,220.98 |
| 10 | JEFFERSON CAPITAL SYSTEMS, LLC<br>»» VERIZON WIRELESS | Unsecured Creditors | $327.45 | $0.00 | $327.45 |
| 11 | Verizon by American InfoSource as Agent | Unsecured Creditors | $113.52 | $0.00 | $113.52 |

**Chapter 13 Case No. 22-12153 / MBK**

| | | | | | |
|---|---|---|---|---|---|
| 12 | US DEPT OF EDUCATION<br>»» STUDENT LOANS O/S | Unsecured Creditors<br>No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |
| 13 | LAKEVIEW LOAN SERVICING<br>»» P/70 WOODHAVEN RD/ATTY FEES ORDER 4/12/23 | Mortgage Arrears | $538.00 | $538.00 | $0.00 |
| 14 | LAKEVIEW LOAN SERVICING<br>»» 70 WOODHAVEN RD/REG. MTG. PMTS./ORDE 11/17/23 | Ongoing Mortgage | $0.00 | $57,086.24 | $2,192.04 |
| 15 | LAKEVIEW LOAN SERVICING<br>»» 70 WOODHAVEN RD/POST-PET ARREARS ORDER 11/17/23 | Mortgage Arrears | $16,611.89 | $13,677.32 | $2,934.57 |
| 16 | LAKEVIEW LOAN SERVICING<br>»» 70 WOODHAVEN RD/ATTY FEES ORDER 11/17/23 | Mortgage Arrears | $200.00 | $200.00 | $0.00 |
| 17 | LAKEVIEW LOAN SERVICING<br>»» 70 WOODHAVEN RD/GAP PAYMENTS ORDER 11/17/23 | Mortgage Arrears | $4,894.32 | $4,894.32 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 2/19/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $147,130.00 | Percent to General Unsecured Creditors: 100% | |
| Paid to Claims: | $132,118.60 | Current Monthly Payment: | $4,450.00 |
| Paid to Trustee: | $10,683.00 | Arrearages: | $4,450.00 |
| Funds on Hand: | $4,328.40 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more information.**

**View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.**